| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel A. Lev (CA Bar No. 129622)<br> daniel.lev@gmlaw.com<br>Asa S. Hami (CA Bar No. 210728)<br> asa.hami@gmlaw.com<br>**Greenspoon Marder LLP**<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>☒ *Attorney for* Elissa D. Miller, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>GIRARDI KEESE,<br><br>Debtor(s). | CASE NO.: 2:20-bk-21022-BR<br><br>CHAPTER 7<br><br>ADVERSARY NO.: 2:23-ap-01047-BR |
|---|---|
| ELISSA D. MILLER, solely in her capacity as chapter 7 trustee,<br><br>Plaintiff(s),<br>vs.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation; AMERICAN EXPRESS NATIONAL BANK, a Utah corporation,<br><br>Defendants. | **REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM**<br><br>[NOTE: A COMPLETED ORDER ASSIGNING MATTER TO MEDIATION AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR MUST BE CONCURRENTLY UPLOADED THROUGH LODGED ORDER UPLOAD (LOU) WITH THIS REQUEST]<br><br>[NO HEARING REQUIRED] |

I hereby request that the following matter be assigned to the Bankruptcy Mediation Program of this district:

<u>Description of the Matter</u>:

1. ☒ Objection to claim/claim resolution
2. ☐ Plan
    - ☐ Objection to plan confirmation
    - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☒ Preference

DAL 57346681v1 This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                Page 1                                F 701

F 701

5. ☒ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
   Specify grounds: _____
   _____

8. ☐ Other. Please specify: _____
   _____

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☒ If more than $10,000,000,
   state amount: $ 50,257,202+ _____
10. ☐ Money not at issue.

**SUBMITTED JOINTLY BY:**

Date: _____

Plaintiff, Elissa D. Miller, Chapter 7 Trustee
(Name of party)

_____
(Signature of party)

Date: May 6, 2024

Daniel A. Lev
(Name of party's counsel)

_____
(Signature of party's counsel)

Date: _____

Defendants
(Name of party)

_____
(Signature of party)

Date: May 6, 2024

Amy Quartarolo
(Name of party's counsel)

_____
(Signature of party's counsel)

**Instructions from the court:** A completed ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR must be concurrently uploaded through Lodged Order Upload (LOU) with this Request for Assignment to Mediation Program.

cc:  Hon. Barry Russell
     Mediation Program Administrator
     United States Bankruptcy Court
     255 East Temple Street, Suite 1660
     Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1875 Century Park East, Suite 1900, Los Angeles, California 90067

A true and correct copy of the foregoing document described as **REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/6/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

- **Asa S Hami**   asa.hami@gmlaw.com, ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- **Amy Quartarolo**   amy.quartarolo@lw.com, laura.pumerville@lw.com;amy-quartarolo-2972@ecf.pacerpro.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/6/2024, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator: Honorable Randall Newsome (Ret.), 10770 Cement Hill Road, Nevada City, California 95959

Alternate Mediator: N/A

Hon. Barry Russell, Mediation Program Administrator, United States Bankruptcy Court, 255 East Temple Street, Suite 1660 Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 5/6/2024, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via EMAIL**
Attorney for Defendants
Amy Quartarolo, Esq. Amy.Quartarolo@lw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 5/6/2024    Signature: /s/ *Cheryl Caldwell*

Printed Name: Cheryl Caldwell