Daniel A. Lev (CA Bar No. 129622)
 daniel.lev@gmlaw.com
Asa S. Hami (CA Bar No. 210728)
 asa.hami@gmlaw.com
**Greenspoon Marder LLP**
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Plaintiff, Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>        Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv. No. 2:23-ap-01047-BR<br><br>**NOTICE OF SETTLEMENT OF ADVERSARY PROCEEDING IN LIEU OF JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>**STATUS CONFERENCE:**<br><br>DATE:  August 13, 2024<br>TIME:  10:00 a.m.<br>PLACE: Courtroom "1668" |
| ELISSA D. MILLER, solely in her capacity as chapter 7 trustee,<br><br>        Plaintiff,<br><br>   vs.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation; AMERICAN EXPRESS NATIONAL BANK, a Utah corporation,<br><br>        Defendants. | |

DAL 58096503v1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE DEFENDANT, AND ALL OTHER PARTIES ENTITLED TO NOTICE:**

  **PLEASE TAKE NOTICE** that, on January 5, 2023, plaintiff, Elissa D. Miller (the "Trustee" or "Plaintiff"), the duly appointed, qualified, and acting chapter 7 trustee for the estate of the debtor Girardi Keese ("Girardi Keese" or the "Debtor") caused to be filed her "Complaint for (1) Avoidance and Recovery of Fraudulent Transfers, (2) Avoidance and Recovery of Preferential Transfers, (3) Preservation of Fraudulent and Preferential Transfers, and (4) Disallowance of Claims" (the "Complaint") against the defendants American Express Travel Related Services Company, Inc., a New York corporation, and American Express National Bank, a Utah corporation (collectively, the "Defendants").

  **PLEASE TAKE FURTHER NOTICE** that the Trustee and Defendants reached a settlement in the above-captioned adversary proceeding and are awaiting entry of the order approving the Rule 9019(a) motion filed by the Trustee.

  **PLEASE TAKE FURTHER NOTICE** that, after approval and consummation of the court-approved settlement, the Trustee will cause the above-captioned adversary proceeding to be dismissed, with prejudice.

  **PLEASE TAKE FURTHER NOTICE** that, in order to avoid the unnecessary expenses associated with preparing for and attending the status conference scheduled for August 13, 2024, at 10:00 a.m., the parties seek a continuance of the status conference for a period of ninety (90) days to a date and time convenient to the Court.

*[Remainder of page intentionally left blank]*

**Greenspoon Marder LLP**
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

**WHEREFORE**, based on the foregoing, the Trustee respectfully requests that the Court continue the status conference for a period of ninety (90) days to a date and time convenient to the Court, and for such other and further relief as the Court deems just and proper.

DATED: July 19, 2024                     **Greenspoon Marder LLP**


By: /s/ *Daniel A. Lev*
   Daniel A. Lev
   Attorneys for Plaintiff, Elissa D. Miller, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SETTLEMENT OF ADVERSARY PROCEEDING IN LIEU OF JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 19, 2024 | Cheryl Caldwell | */s/Cheryl Caldwell* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 53358073v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Asa S Hami on behalf of Plaintiff Elissa D. Miller, Chapter 7 Trustee
asa.hami@gmlaw.com, ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Daniel A Lev on behalf of Plaintiff Elissa D. Miller, Chapter 7 Trustee
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Elissa Miller (TR)
CA71@ecfcbis.com,
MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com

Amy Quartarolo on behalf of Defendant AMERICAN EXPRESS NATIONAL BANK, a Utah corporation
amy.quartarolo@lw.com, laura.pumerville@lw.com;amy-quartarolo-2972@ecf.pacerpro.com

Amy Quartarolo on behalf of Defendant AMERICAN EXPRESS TRAVEL RELATED SERVICES CORPORATION, INC., a New York corporation
amy.quartarolo@lw.com, laura.pumerville@lw.com;amy-quartarolo-2972@ecf.pacerpro.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

CC 53358073v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**